PD-1169-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/8/2015 10:47:21 AM
Accepted 9/14/2015 10:18:12 AM
ABEL ACOSTA
CLERK

No. _____

*IN THE*
*COURT OF CRIMINAL APPEALS*
*OF TEXAS*
*SITTING AT AUSTIN, TEXAS*

**ERRINGTON CHARLES HATCH, JR.**
**Appellant**

FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

**V.**

**THE STATE OF TEXAS**
**Appellee**

*On Petition for Discretionary Review from the Fifth Court of Appeals*
*Sitting at Dallas, Texas*
*in Cause No.*
*05-13-01710-CR*
*On appeal from Criminal District Court Number 4*
*of Dallas County, Texas*
*In Cause No. F11-59284-T*

**MOTION FOR AN EXTENSION OF TIME**
**IN WHICH TO FILE**
**PETITION FOR DISCRETIONARY REVIE**

**COMES NOW  Errington Charles Hatch, Jr.**, Appellant, and respectfully

1

submits this Motion for an Extension of Time in Which to File Petition for Discretionary Review in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

**I.**

Appellant was charged by indictment with aggravated robbery with a deadly weapon. (CR: 12). On November 26, 2013, Appellant pled not guilty to the indictment and was tried and convicted by a jury. (RR2: 118; RR3: 99). The trial court determined punishment at a hearing on November 26, 2013. (RR4: 1-95). Following the punishment hearing, the trial court sentenced Appellant to forty years' imprisonment. (RR5: 14; CR: 67). Appellant timely filed his notice of appeal on November 26, 2013. (CR: 72).

**II.**

Appellant's conviction was affirmed in the Court of Appeals on February 3, 2015 in an unpublished opinion. *Hatch v. State,* No. 05-13-01710-CR, 2015 Tex. App. LEXIS 8358 (Tex. App. – Dallas, August 10, 2015).

**III.**

The deadline for filing a Petition for Discretionary Review is September 9, 2015. Appellant brings this motion for an extension of time within 15 days of the last date for filing Petition for Discretionary Review, *i.e.*, by filing this motion

electronically on September 8, 2015. TEX. R. APP. P. 68.2 (c).

**IV.**

Appellant requests an extension of time for a period of thirty (30) days. No prior request for an extension of time has been made.

**V.**

The facts relied upon to show good cause for this requested extension are as follows:

(1) The undersigned attorney filed a motion for rehearing in cause number 05-14-00635-CR styled *Anthony Bernard Johnson v. State of Texas* on July 10, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(2) The undersigned attorney filed a petition for discretionary review in cause number PD-0760-15 styled *Anthony Chamberlain v. State of Texas* on July 30, 2015 pending in the Texas Court of Criminal Appeals, Austin, Texas.

(3) The undersigned attorney filed a brief in cause number 05-14-01609-CR styled *Ricardo Velazquez v. State of Texas* on August 10, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(4) The undersigned attorney filed a brief in cause number 05-14-00945-CR & 05-14-00946-CR styled *Laderek Kinte Reynolds v. State of Texas* on August 19, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

3

(5) The undersigned attorney is preparing a brief in cause number 05-14-00186-CR styled *Charles Dewayne Hooks v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

**VI.**

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review for 30 days.

Respectfully submitted**,**

/s/ *Nanette Hendrickson*

| | |
|---|---|
| Lynn Richardson | Nanette Hendrickson |
| Chief Public Defender | Assistant Public Defender |
| Dallas County, Texas | State Bar No. 24081423 |
| | Frank Crowley Courts Building |
| | 133 N. Industrial Blvd., LB-2 |
| | Dallas, Texas 75207-4399 |
| | nanette.hendrickson |
| | @dallascounty.org |
| | (214) 653-3582 *(phone)* |
| | (214) 653-3539 *(fax)* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Industrial Blvd., LB-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic service to Lori Ordiway at DCDAAppeals@dallascounty.org on September 8, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson

4